1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Mao Chanthamany

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:13-cr-0284 LJO-SKO |
|---|---|
| *Plaintiff*, | ) |
| v. | ) WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON |
| MAO CHANTHAMANY, | ) |
| *Defendant*. | ) |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Mao Chanthamany, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court. Mr.

| | |
|---|---|
| 1 | Chanthamany current lives in Modesto.  He is a home health care provider for both his father and his |
| 2 | mother, who each has a number of medical conditions.  Mr. Chanthamany is in full in compliance with all |
| 3 | his conditions under Pretrial Services.  The government has no objection to this request. |
| 4 | This request is made pursuant to Fed.R.Crim.P. 43(b)(3). |

DATED: 9/19/13                     /s/ Mao Chanthamany
                                   MAO CHANTHAMANY


DATED: 9/26/13                     /s/ Charles J. Lee
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Mao Chanthamany

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   September 27, 2013**              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE